1  Dean Gazzo Roistacher LLP
2  Mitchell D. Dean, Esq. (SBN 128926)
   Ricardo Baca, Esq. (SBN 319497)
3  440 Stevens Avenue, Suite 100
4  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
5  Facsimile:  (858) 492-0486
6  E-mail: mdean@deangazzo.com
            rbaca@deangazzo.com
7
8  Attorneys for Defendants,
   City of La Mesa and Walter Vasquez
9

10 DANTE T. PRIDE (SBN 262362)
11 *dpride@pridelawfirm.com*
   ZACHARY I. AVINA (SBN 325460)
12 *zfa@pridelawfirm.com*
13 **THE PRIDE LAW FIRM**
   2831 Camino Del Rio S, Suite 104
14 San Diego, California 92108
15 Telephone: 619-516-8166
   Facsimile: 619-785-3414
16
17 Attorneys for Plaintiff,
   BETHANY LABARGE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BETHANY LABARGE, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF LA MESA, a municipal entity; WALT VASQUEZ, in his individual and official capacity; and DOES 1-25, inclusive,<br><br>            Defendant. | Case No.: 21cv1035-AGS-BGS<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Courtroom:  5C<br>Judge: Andrew G. Schopler<br>Magistrate Judge: Bernard K. Skomal<br><br>Complaint filed: 6/1/2021<br>Trial Date: None set |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff BETHANY LABARGE ("Plaintiff") and defendants CITY OF LA MESA and WALT VASQUEZ (collectively "Defendants") have resolved all claims, causes of action, and related issues affecting their respective rights, liabilities, and interests in the above captioned matter. As such, Plaintiff and Defendants hereby request this matter be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 24, 2023                              Dean Gazzo Roistacher LLP

By: */s/ Ricardo Baca*
Mitchell D. Dean
Ricardo Baca
Attorneys for Defendants City of
La Mesa and Walter Vasquez
E-mail: mdean@deangazzo.com;
rbaca@deangazzo.com

Dated: May 24, 2023                              **THE PRIDE LAW FIRM**

By: */s/ Zachary Freire-Aviña*
DANTE T. PRIDE
ZACHARY FREIRE-AVIÑA
Attorneys for Plaintiff,
BETHANY LEBARGE
E-mail: *dpride@pridelawfirm.com*
*zfa@pridelawfirm.com*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Counsel for Plaintiff and that I have obtained authorization from Plaintiff's counsel to affix his electronic signatures to this document.

/s/ Ricardo Baca